# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Eugene Sherlock Holmes**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00570-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Roy Cooper | ) | |
| State of North Carolina | | |
| All Media T.V. Stations in North Carolina**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2014 Order.

November 14, 2014

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court